In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00460-CR**
_____

**MAURICE A. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09440**

_____

**ORDER**

On November 5, 2012, appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states that he provided appellant with a copy of the reporter's record and notified appellant of his right to review the record and file a *pro se* brief.

1

It is, therefore, ORDERED that appellant, Maurice A. Williams, be given 60 days from the date hereof to file a *pro se* brief.  It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

ORDER ENTERED November 8, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.